UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEE E. STEINMAN,                                    Case No:  1:15-cv-11068-TLL-PTM

      Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,

      Defendant.

_____/
KENNETH L. BUTTERS (P78197)
BRICK GENTRY, P.C.
Attorney for Plaintiff
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
(515) 274-1450
(515) 274-1488
ken.butters@brickgentrylaw.com

KEVIN J. PLAGENS (P55992)
KOPKA PINKUS DOLIN, PLC
Attorney for Defendant
33533 W. Twelve Mile Road, Suite 350
Farmington Hills, MI  48331-5611
(248) 324-2620
(248) 324-2160
kjplagens@kopkalaw.com
_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE

    Upon the parties' stipulation, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that that the above captioned matter is **DISMISSED** in its entirety with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: December 7, 2015

Stipulated and Agreed as to Content and Form:

*/s/Kenneth L. Butters (w/permission)*      */s/ Kevin J. Plagens*
KENNETH L. BUTTERS (P78197)      KEVIN J. PLAGENS (P55992)
BRICK GENTRY, P.C.                         KOPKA PINKUS DOLIN, PLC
Attorney for Plaintiff                              Attorney for Defendant

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 7, 2015.

                                    s/Michael A. Sian
                                    MICHAEL A. SIAN